UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| KELLIE SHARP,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>    Defendant. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:16-CV-698-FL** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is GRANTED, defendant's motion is DENIED, and this matter is REMANDED to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the M&R.

This Judgment Filed and Entered on June 23, 2017, and Copies to:

Susan K. Burkhart (via CM/ECF Notice of Electronic Filing)

DATE

June 23, 2017

PETER A. MOORE, JR., CLERK

_Susan K. Edwards_

(By) Susan K. Edwards, Deputy Clerk